**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-1479**

RICHARD ASARE,

            Petitioner,

        v.

LORETTA E. LYNCH, Attorney General,

            Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted:  November 21, 2016        Decided:  November 23, 2016

Before WILKINSON, MOTZ, and THACKER, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Gerald Karikari, KARIKARI & ASSOCIATES, P.C., New York, New York, for Petitioner. Benjamin C. Mizer, Principal Deputy Assistant Attorney General, Cindy S. Ferrier, Assistant Director, Song E. Park, Senior Litigation Counsel, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Richard Asare, a native and citizen of Ghana, petitions for review of an order of the Board of Immigration Appeals (Board) denying Asare's motion to reconsider its decision upholding the Immigration Judge's denial of his motion for a continuance. We have reviewed the administrative record and Asare's claims, and find them to be without merit. We accordingly find no abuse of discretion in the denial of reconsideration, see Narine v. Holder, 559 F.3d 246, 249 (4th Cir. 2009), and deny the petition for review for the reasons stated by the Board. See In re Asare (B.I.A. Mar. 31, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED